UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVA'S PHOTOGRAPHY, INC., <br><br> *Plaintiff*, <br><br> -against- <br><br> FRY POWERS LLC, <br><br> *Defendant*. | 23-cv-00747 (ALC) <br><br> **ORDER GRANTING MOTION TO VACATE DEFAULT JUDGMENT** |

**ANDREW L. CARTER, JR., United States District Judge:**

Upon consideration of Defendant Fry Powers LLC's Unopposed Motion to Vacate Default Judgment ("Motion"), and after considering any responses and replies, any evidence presented and any arguments of the parties, the Court finds that the Motion should be **GRANTED**.

It is therefore ordered that Defendant Fry Powers LLC's Motion is hereby **GRANTED**. It is further ordered that the Default Judgment entered against Defendant Fry Powers LLC is hereby **VACATED**.

**SO ORDERED.**

Dated: June 15, 2023
New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**