UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVA'S PHOTOGRAPHY INC., <br><br> Plaintiff, <br> -v- <br><br> FRY POWERS LLC, <br><br> Defendant. | CIVIL ACTION NO.: 23 Civ. 747 (ALC) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred, pursuant to 28 U.S.C. § 636(b)(1)(A), to Magistrate Judge Sarah L. Cave for general pretrial management, including scheduling discovery, non-dispositive pretrial motions, and settlement. (ECF No. 13). All pretrial motions and applications, including those relating to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Judge Cave and must comply with her Individual Practices, available on the Court's website at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

By **July 17, 2023**, Defendant Fry Powers LLC shall file its response to the Complaint.

Dated:   New York, New York
         June 15, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**